IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

GODO KAISHA IP BRIDGE 1,       )
                               )
          Plaintiff,           )
                               )
     v.                        ) Civ. No. 15-634-SLR-SRF
                               )
TCL COMMUNICATION              )
TECHNOLOGY HOLDINGS LIMITED,   )
a Chinese Corporation, TCT MOBILE )
LIMITED, a Hong Kong Corporation, )
TCT MOBILE (US), INC., a Delaware )
Corporation and TCT MOBILE, INC., a )
Delaware Corporation,          )
                               )
          Defendants.          )

## ORDER

At Wilmington this $\partial 0^{\text{th}}$ day of March, 2017, having considered the Report and

Recommendation issued by United States Magistrate Judge Sherry R. Fallon on

February 27, 2017, and upon the expiration of the time allowed for objections pursuant

to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 194) is adopted.

2. Plaintiff Godo Kaisha IP Bridge 1's motion to dismiss the counterclaims of

defendants TCT Mobile (US), Inc. and TCT Mobile, Inc. (D.I. 74) is granted.

3. TCT Mobile (US), Inc. and TCT Mobile, Inc. may amend their counterclaims

within thirty (30) days from the date of this order.

_____
Senior United States District Judge