# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GODO KAISHA IP BRIDGE 1, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>TCL COMMUNICATION )<br>TECHNOLOGY HOLDINGS )<br>LIMITED, *A Chinese Corporation*, )<br>TCT MOBILE LIMITED, *a Hong* )<br>*Kong Corporation*, TCT )<br>MOBILE (US), INC., *A Delaware* )<br>*Corporation*, and TCT MOBILE, INC., )<br>*A Delaware Corporation*, )<br>)<br>Defendants. ) | C.A. No. 15-634-JFB-SRF |

## MEMORANDUM and ORDER

This matter is before the Court on the parties' Joint Motion to Seal and Redact Portions of the Trial Transcripts (Days 2-7) ("Joint Motion") (D.I. 562). The Court finds the Joint Motion should be granted. Accordingly,

IT IS HEREBY ORDERED:

1. The Joint Motion (D.I. 562) is GRANTED.

2. Any publicly available copies of the transcripts of Trial Days 2-7 (D.I. 552-557), including, but not limited to, transcripts that will be available by remote electronic access, shall be redacted consistent with the proposed Exhibits A-F to the Joint Motion; and

3. The original unredacted transcripts (D.I. 552-557) shall remain sealed.

Dated this 3rd day of December 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge
