# United States Court of Appeals for the Federal Circuit

---

**GODO KAISHA IP BRIDGE 1,**
*Plaintiff-Appellee*

v.

**TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE LIMITED, TCT MOBILE (US) INC., TCT MOBILE, INC.,**
*Defendants-Appellants*

---

2019-2215

---

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00634-JFB-SRF, Senior Judge Joseph F. Bataillon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 4, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

December 11, 2020

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court