# United States Court of Appeals for the Federal Circuit

---

**GODO KAISHA IP BRIDGE 1,**
*Plaintiff-Appellee*

v.

**TCL COMMUNICATION TECHNOLOGY HOLDINGS LIMITED, TCT MOBILE LIMITED, TCT MOBILE (US) INC., TCT MOBILE, INC.,**
*Defendants-Appellants*

---

2019-2215

---

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00634-JFB-SRF, Senior Judge Joseph F. Bataillon.

---

### JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

August 4, 2020         /s/ Peter R. Marksteiner
                       Peter R. Marksteiner
                       Clerk of Court